UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


UNITED STATES OF AMERICA     )

          )

v.          )     No. 2:15-CR-085

          )

LESLIE ASHMORE     )


**O R D E R**

The defendant's May 3, 2016 revocation hearing is **RESET** to **Tuesday, May 10, 2016**, at **1:45 p.m.** in Greeneville.

     **IT IS SO ORDERED.**

          ENTER:


             s/ Leon Jordan
           United States District Judge